IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL MCCORMACK**                                                                   **PLAINTIFF**
**ADC #141771**

V.                       NO. 4:21-cv-01146-JM-ERE

**ANDREA CULCLAGER,** *et al.*                                                     **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Michael McCormack's motion for leave to amend his complaint. *Doc. 24*. In his proposed amended complaint, Mr. McCormack: (1) clarifies the job titles of Defendants Cuclager and Warren; (2) explains that he seeks to sue Defendants Culclager, Ball, Randle, Ford, and McDaniels in their individual capacities; and (3) explains that he seeks to sue Defendant Warren in both his official and individual capacities. *Doc. 24-1*.

IT IS THEREFORE ORDERDERED THAT:

1. Mr. McCormack's motion for leave to amend (*Doc. 24*) is GRANTED.[1]

---

[1] Also pending before the Court is Defendants' motion to dismiss Mr. McCormack's claims against them based on his failure to state a plausible constitutional claim. *Doc. 22*. Mr. McCormack's motion to amend does not relate to the merits of the claims raised in this case. Accordingly, with the exception of Defendants' argument that Mr. McCormack's claims are barred by sovereign immunity, allowing Mr. McCormack to amend his complaint will not affect this Court's analysis of Defendants' motion.

2. The Clerk is instructed to file Mr. McCormack's proposed amended complaint (*Doc. 24-1*) as a supplement to his original complaint.

3. The Clerk is instructed to update the docket sheet to reflect: (1) Andrea Culclager's job title as Superintendent of the Tucker Maximum Security Unit; and (2) Bruce Warren's job title as Unit Training Supervisor.

Dated this 25th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE