IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL MCCORMACK**                                                                                                  **PLAINTIFF**
**ADC #141771**

V.                                          NO. 4:21-cv-01146-JM-ERE

**ANDREA CULCLAGER**, *et al*.                                                                                  **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion to dismiss (*Doc. 22*) is GRANTED. Mr. McCormack's claims are DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief against Defendants. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 2nd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE