IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL MCCORMACK**  **PLAINTIFF**
**ADC #141771**

V.    NO. 4:21-cv-01146-JM-ERE

**ANDREA CULCLAGER**, *et al*.  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE